982 A.2d 1217

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Arthur RAMIREZ, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 7, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of October, 2009, the Petition for Allowance of Appeal and the Application for Assignment of Counsel are hereby **DENIED.**